UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| - v. - | 21 Cr. |
| RALPH SCURLOCK, a/k/a "Ralph Melendez," | 21 CRIM 489 |
| Defendant. | |

**COUNT ONE**

**(Felon in Possession)**

The Grand Jury charges:

1. On or about July 4, 2019, in the Southern District of New York and elsewhere, RALPH SCURLOCK, a/k/a "Ralph Melendez," the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, to wit, a .25 caliber semiautomatic Phoenix Arms pistol, and the firearm was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.)

**FORFEITURE ALLEGATION**

2. As a result of committing the offense alleged in Count One of this Indictment, RALPH SCURLOCK, a/k/a "Ralph Melendez," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28,

United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in said offense, including but not limited to:

a. .25 caliber semiautomatic Phoenix Arms pistol, serial number US191292;

b. One Phoenix Arams magazine; and

c. One .25 caliber cartridge.

**Substitute Assets Provision**

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property

of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON

AUDREY STRAUSS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**v.**

**RALPH SCURLOCK,**
**a/k/a "Ralph Melendez,"**

**Defendant.**

---

**INDICTMENT**

21 Cr.

(18 U.S.C. §§ 922(g)(1), 924(a)(2), and 2.)

AUDREY STRAUSS
United States Attorney

Foreperson

---

TRUE BILL / INDICTMENT

MJ RWL

8/2/2021

Wheeled to DJ - CRONAN