

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2021

**By ECF**

The Honorable John P. Cronan
U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Ralph Scurlock*, 21 Cr. 489 (JPC)

Dear Judge Cronan:

    The Government respectfully requests that the Court enter the enclosed proposed protective order, which the Government believes is narrowly tailored to the needs of the case and has been signed by both parties.

                                          Respectfully submitted,

                                          AUDREY STRAUSS
                                          United States Attorney

                By:    _____
                         Jane Chong
                         Assistant United States Attorney
                         Southern District of New York
                         (917) 763-3172
                         jane.chong@usdoj.gov

cc: Sylvie Levine, Esq. (by CM/ECF)