**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 14, 2021

<u>VIA ECF</u>
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Ralph Scurlock</u>
      21 Cr. 489 (JPC)

Dear Judge Cronan,

    I write to respectfully request that the Court adjourn the status conference that is currently scheduled for tomorrow, Wednesday, September 14, 2021, for approximately 30 days. The defense is still in the process of reviewing the discovery in this case (and has encountered difficulty providing a copy to Mr. Scurlock, which the parties are attempting to rectify) and needs additional time to do so. In addition, undersigned counsel is currently out of state and unavailable to appear in person tomorrow.

    The Government, by Assistant United States Attorney Jane Chong, has no objection to this application.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Assistant Federal Defender
Counsel for Mr. Scurlock

> The defendant's request is granted. The status conference scheduled for September 15, 2021 is adjourned to October 14, 2021 at 3:00 p.m., contingent on the ability of the jail and the Marshals Service to facilitate the defendant's transportation to the courthouse at that date and time. The Court will confirm with the parties closer to the scheduled date. The conference on October 14, 2021 will be held in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The Court finds that, pursuant to 18 U.S.C. 3161(h)(7)(A), the ends of justice served by excluding time until October 14, 2021 outweigh the interests of the public and the defendant in a speedy trial, by allowing time for the defendant and his counsel to continue their review of discovery and to consider any pretrial motions.
>
> SO ORDERED.
> Date: September 14, 2021
> New York, New York
>
> JOHN P. CRONAN
> United States District Judge