**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 3, 2021

<u>VIA ECF and Email</u>
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** <u>**United States v. Ralph Scurlock**</u>
**21 Cr. 489 (JPC)**

Dear Judge Cronan,

    I write to respectfully request that the Court schedule a conference as soon as possible, at which Mr. Scurlock wishes to be appointed new counsel. Our ability to communicate has broken down and I believe that Mr. Scurlock should proceed with a new attorney at this time.

    There is still sufficient time before the trial date of March 28, 2022 for a new attorney to adequately prepare for trial and/or explore a pre-trial disposition.

    Mr. Scurlock consents to proceeding by phone for his substitution of counsel hearing. Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Assistant Federal Defender

The request is granted. The Court will hold a substitution of counsel hearing at 2:00 p.m. on Monday, November 8, in Courtroom 12D of the Daniel P. Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED. Date: November 4, 2021
New York, New York

JOHN P. CRONAN
United States District Judge

1