UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

   UNITED STATES OF AMERICA,                      **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

              -against-                                         -CR-    ( )( )

                                       Defendant(s).
-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


/s/ [signature]
Ralph Scurlock                                       /s/Katherine R. Goldstein
_____         _____
Defendant's Signature                            Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


_____         _____
Print Defendant's Name                           Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_____               _____[signature]_____
Date                                         U.S. District Judge/U.S. Magistrate Judge