UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                      :

UNITED STATES OF AMERICA                           :

              -v-                                      :

                                                   :          21 Cr. 489 (JPC)

RALPH SCURLOCK.,                                 :

                                                   :             ORDER
                          Defendant.                  :

                                                   :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Upon application of Defendant Ralph Scurlock, Dkt. 28, the Court orders the Metropolitan Detention Center (the "MDC") in Brooklyn, New York, to grant Mr. Scurlock access to computers and/or to the law library of his housing unit, for no fewer than five hours per week, to permit Mr. Scurlock to review files related to his case including electronic discovery produced by the Government. This Order is subject to any security or health concerns at the MDC that make such access impracticable or impossible. Counsel for Mr. Scurlock will provide this Order to the appropriate personnel at the MDC.

       SO ORDERED.

Dated: February 11, 2022
       New York, New York                                      JOHN P. CRONAN
                                                                 United States District Judge