

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 12, 2022

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Ralph Scurlock*, 21 Cr. 489

Dear Judge Cronan:

      The Government submits this letter to respectfully request a 30-day adjournment of the upcoming March 14, 2022 conference scheduled in the above-captioned matter, as the parties are conferring regarding a possible disposition. Defense counsel consented to this request and confirmed their availability on the morning of April 11 for a rescheduled conference should that date be convenient for the Court.

      With the defense's consent, the Government also requests that time be excluded under the Speedy Trial Act until the date of the rescheduled conference.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                     by: /s/
                         Jane Y. Chong
                         Assistant United States Attorney
                         (917) 763-3172

cc: Katherine R. Goldstein, Esq. (by CM/ECF)
    Ian P. McGinley, Esq.

> This request is granted. The status conference scheduled for March 14, 2022 is adjourned to April 11, 2022 at 9:30 a.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007. Upon the application of the United States of America, with the consent of Defendant Ralph Scurlock by and through his attorney, time is hereby excluded until April 11, 2022 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by excluding time until April 11, 2022 outweigh the interests of the public and the defendant in a speedy trial, by allowing time for the parties to engage in discussions concerning a possible disposition.
>
> SO ORDERED.
> Date: March 14, 2022
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge