

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 27, 2022

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:**    *United States v. Ralph Scurlock*, 21 Cr. 489

Dear Judge Cronan:

    The Government submits this letter to respectfully request a three-week adjournment of the upcoming May 2, 2022 conference scheduled in the above-captioned matter, as the parties are conferring regarding a possible disposition. Defense counsel consented to this request.

    With the defense's consent, the Government also requests that time be excluded under the Speedy Trial Act until the date of the rescheduled conference.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

by: */s/*
                Jane Y. Chong
                Assistant United States Attorney
                (917) 763-3172

cc: Katherine R. Goldstein, Esq. (by CM/ECF)
    Ian P. McGinley, Esq.

The requests are granted. The conference of May 2, 2022 is adjourned until May 25, 2022 at 10:00 a.m. in Courtroom 12D of the Daniel P. Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by excluding time until May 25, 2022 outweigh the interests of the public to allow the defendant to discuss a possible disposition of the case.

SO ORDERED.
Date: April 28, 2022
New York, New York

                JOHN P. CRONAN
                United States District Judge