

**KATHERINE R. GOLDSTEIN**
+1 212.872.8057/fax: +1 212.872.1002
kgoldstein@akingump.com

June 13, 2022

VIA ECF

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Ralph Scurlock*, 21 Cr. 489 (JPC)

Dear Judge Cronan:

    We write to respectfully request an adjournment of the upcoming June 15, 2022 conference scheduled in the above-captioned matter to July 13, 2022 or later, as the parties are continuing to confer regarding a possible disposition. Due to a recent lockdown, we have not had enough time to discuss a potential disposition with our client. We plan to speak with our client again this week.

    The Government has consented to this request. The parties also request that time be excluded under the Speedy Trial Act until the date of the rescheduled conference.

    Thank you for your attention and consideration.

                      Respectfully submitted,

                      */s/ Katherine R. Goldstein*
                      Katherine R. Goldstein

The requests are granted. The conference of June 15, 2022 is adjourned until July 13, 2022 at 1:00 p.m. in Courtroom 12D of the Daniel P. Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by excluding time from June 15, 2022 to July 13, 2022 outweigh the interests of the public to allow the defendant to discuss a possible disposition of the case.

SO ORDERED.
Date: June 13, 2022
New York, New York

                      JOHN P. CRONAN
                      United States District Judge