**KATHERINE R. GOLDSTEIN**
+1 212.872.8057/fax: +1 212.872.1002
kgoldstein@akingump.com

July 20, 2022

VIA ECF

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***United States v. Ralph Scurlock*, 21 Cr. 489 (JPC)**

Dear Judge Cronan:

We write to respectfully request an adjournment of the upcoming July 21, 2022 status conference scheduled in the above-captioned matter to August 4, 2022 or later, as our client is currently ill and unable to attend court. He has seen a doctor at Metropolitan Detention Center Brooklyn and been prescribed ibuprofen.

The Government has consented to this request. The parties also request that time be excluded under the Speedy Trial Act until the date of the rescheduled conference.

Thank you for your attention and consideration.

Respectfully submitted,

*/s/ Katherine R. Goldstein*
Katherine R. Goldstein

The request is granted. The conference previously scheduled for July 21, 2022 is adjourned until August 12, 2022 at 2:00 p.m. The parties shall appear in Courtroom 12D of the Daniel P. Moynihan U.S. Courthouse, 500 Pearl St., New York, NY 10007. The Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by excluding time from July 21, 2022 to August 12, 2022 outweigh the interests of the public to allow the defendant to prepare for a possible disposition of the case.

SO ORDERED
Date: July 20, 2022
New York, New York

JOHN P. CRONAN
United States District Judge