UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
　　　-v-                                          :
:          21 Cr. 489 (JPC)
RALPH SCURLOCK,                                    :
:               ORDER
　　　　　　　　　　Defendant.                     :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

　　　A status conference is scheduled in this case for today, August 30, 2022, at 2:30 p.m. At 8:53 a.m. this morning, the Court was notified that Defendant Ralph Scurlock refused to be produced for this afternoon's status conference, due to a claimed illness. Subsequently, the Court was advised by staff at the Metropolitan Detention Center that Defendant has not submitted any request to be seen by the medical unit but instead has a social visit scheduled for 12:30 p.m. this afternoon. This is at least the third time Defendant has refused to be produced in Court, following similar refusals on July 11, 2022, and July 13, 2022. The parties are on notice that unless the Court is advised that Defendant agrees to be voluntarily produced for today's status conference, the Court will issue, by 11:30 a.m. today, an order authorizing the United States Marshals Service and the Metropolitan Detention Center to use reasonable force necessary to transport Defendant to his scheduled court appearance.

　　　SO ORDERED.

Dated: August 30, 2022
　　　New York, New York
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JOHN P. CRONAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge