```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
            -v-                                                   :
                                                                  :    21 Cr. 489 (JPC)
RALPH SCURLOCK,                                                   :
                                                                  :    ORDER
                      Defendant.                                  :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      With the Court having found good cause, if Defendant Ralph Scurlock refuses to be produced for the status conference in *United States v. Scurlock*, 21 Cr. 489 (JPC), that is scheduled for 2:30 p.m. today, August 30, 2022, the Court hereby authorizes the U.S. Marshals Service and the Metropolitan Detention Center to use reasonable force necessary to remove the Defendant from his cell at the Metropolitan Detention Center so that he may be present for today's status conference at 2:30 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: August 30, 2022
       New York, New York

                                            JOHN P. CRONAN
                                          United States District Judge