

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 8, 2023

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Ralph Scurlock*, 21 Cr. 489 (JPC)

Dear Judge Cronan:

      The Government submits this letter to respectfully request a one-day extension of the March 8, 2023 sentencing submission deadline. I sincerely apologize for not more timely submitting this request.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

          by: /s/
                    Jane Y. Chong
                    Assistant United States Attorney
                    (917) 763-3172

cc: Anthony Strazza, Esq. (by CM/ECF)

The request is granted.  The Government's sentencing submission shall be filed by March 9, 2023.

SO ORDERED
Date: March 7, 2023
New York, New York

                    JOHN P. CRONAN
                    United States District Judge